**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**October 11, 2013**

**Elisabeth A. Shumaker**
**Clerk of Court**

_____

UNITED STATES OF AMERICA,

   Plaintiff - Appellee

v.

APPROXIMATELY UP TO $15,034,663 IN FUNDS CONTAINED IN TEN BANK ACCOUNTS, et al.,

   Defendants,

AMERICAN INTERNATIONAL SECURITY CORPORATION,

   Defendant-Intervenor - Appellant.

No. 11-4203
(D.C. No. 2:11-CV-00806-DAK)

_____

**ORDER**
_____

Before **KELLY**, **LUCERO**, and **HARTZ**, Circuit Judges.
_____

This matter comes on for consideration on the parties' Joint States Report filed October 8, 2013. Upon consideration thereof, this appeal remains abated.

The parties shall file a joint status report within 90 days of the date of this order.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: Ellen Rich Reiter
    Jurisdictional Attorney